*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

KAS DALALY,

        Plaintiff-Appellee,

v

CHARTER TOWNSHIP OF WEST BLOOMFIELD
ZONING BOARD OF APPEALS,

        Defendant-Appellant.

UNPUBLISHED
February 10, 2025
11:34 AM

No. 368665
Oakland Circuit Court
LC No. 2006-077016-AA

Before: BOONSTRA, P.J., and K. F. KELLY and YOUNG, JJ.

K. F. KELLY, J. *(concurring).*

        I concur in the result only.

                                      /s/ Kirsten Frank Kelly